UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

COLT BORGESON,

               Plaintiff,

v.

C/O SIGH, *et al.*,

               Defendants.

Case No. C18-1059-RSM

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, no objections having been filed, and the remaining record, hereby finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted;

(2)     Defendants' motion to dismiss this action under Fed. R. Civ. P. 12(b)(6) (Dkt. 19) is GRANTED based on plaintiff's failure to comply with the exhaustion requirement of 42 U.S.C. § 1997e(a);

(3)     Plaintiff's complaint (Dkt. 6) and this action are DISMISSED without prejudice; and

/ / /

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 10 day of December 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2